DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CESAR ERNESTO BALBIN,**
Appellant,

v.

**MAGNUS WOLD HULTGREN,**
Appellee.

No. 4D20-236

[June 4, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE-18-029000.

Cesar Ernesto Balbin, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***